1138

O'CONNOR took no part in the consideration or decision of this petition.

No. 93–8622. MATTHEWS v. SOUTH CAROLINA. Ct. Common Pleas of Charleston County, S. C. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in Callins v. Collins, 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentence in this case.

No. 93–1314. TAUBER v. SALOMON FOREX, INC., ET AL., ante, p. 1031;

No. 93–1344. FITZGERALD v. MONTANA DEPARTMENT OF FAMILY SERVICES ET AL., ante, p. 1032;

No. 93–7028. NELSON v. JONES, ante, p. 1020;

No. 93–7288. BOALBEY v. HAWES ET AL., 510 U. S. 1132;

No. 93–7736. TYLER v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER, ET AL., ante, p. 1008;

No. 93–7757. LIGHT v. KIRK, JUDGE, ante, p. 1008;

No. 93–7810. SNELL v. CITY AND COUNTY OF DENVER ET AL., 510 U. S. 1203;

No. 93–7938. THOMPSON v. UNITED STATES, ante, p. 1038; and

No. 93–7985. TAYLOR v. STRICKLAND ET AL., ante, p. 1039. Petitions for rehearing denied.

No. 93–7530. OMOIKE v. LOUISIANA STATE UNIVERSITY, 510 U. S. 1199. Motion for leave to file petition for rehearing denied.

JUNE 3, 1994

No. 93–1103. DUBUQUE PACKING CO., INC. v. UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION AFL–CIO, LOCAL NO. 150–A, ET AL. C. A. D. C. Cir. [Certiorari granted, ante, p. 1016.] Writ of certiorari dismissed under this Court's Rule 46.

JUNE 6, 1994

No. 93–8707. MASON v. OHIO. Ct. App. Ohio, Ashland County. Motion of petitioner for leave to proceed in forma pauperis